The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA VOPNFORD, <br><br>Plaintiff, <br><br>vs. <br><br>WELLCARE HEALTH PLANS, a Florida Corporation, headquartered in Florida with offices in Washington, and parent company of COMPREHENSIVE HEALTH MANAGEMENT, INC., D/B/A WELLCARE, previously known as WINDSOR HEALTH GROUP/WINDSOR HEALTH PLAN, formerly owned by MUNICH Re and also doing business as OLYMPIC HEALTH MANAGEMENT AND STERLING LIFE INSURANCE, formerly owned by AON, doing business as OLYMPIC HEALTH MANAGEMENT, COMPREHENSIVE HEALTH MANAGEMENT, INC., a Florida Corporation, <br>TOM POTTS, FRANK WEBSTER, LYDIA OPHAUG, RAY MCCOMB, KALEISTA LAGARDE, TOM CAHILL, AND DOES 1-150 <br><br>Defendants. | NO. 2:16-cv-01835-JLR <br><br>[PROPOSED] <br>Order Granting <br>Defendants' Motion for Extension of Time to Answer or Otherwise Plead <br><br>[CLERK'S ACTION REQUIRED] |

[PROPOSED] ORDER (2:16-CV-01835-JLR) - 1
#992353

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

Before this Court is the Motion for Extension of Time to Answer or Otherwise Plead brought by Defendants Comprehensive Health Management, Inc., Tom Potts, Frank Webster, Lydia Ophaug, Ray McComb, and Kaleista Lagarde (collectively, *Defendants*). Defendants informed Plaintiff's counsel via email of their intent to request 30 additional days to answer or otherwise respond to Plaintiff's Amended Complaint, and one of Plaintiff's counsel responded that he had no objection to the request.

The Court grants Defendants' request. Defendants may now answer or otherwise respond to Plaintiff's Amended Complaint on or before May 18, 2017.

Dated this 20th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE
[or ~~UNITED STATES MAGISTRATE JUDGE~~]

Presented by:

ELLIS, LI & McKINSTRY PLLC

By: s/ *Nathaniel L. Taylor*
s/ *Abigail J. St. Hilaire*
Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire WSBA No. 48194
Ellis, Li & McKinstry, PLLC
2025 First Avenue PHA
Seattle, WA 98121
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com

[PROPOSED] ORDER (2:16-CV-01835-JLR)
- 2
*992353

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

asthilaire@elmlaw.com
Attorneys for Defendants
Comprehensive Health Management,
Inc., Tom Potts, Frank Webster, Lydia
Ophaug, Ray Mccomb, and Kaleista
Lagarde

[PROPOSED] ORDER (2:16-CV-01835-JLR)
- 3
#992353

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052