BEFORE THE HON. JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA VOPNFORD, | ) NO. 2:16-cv-1835 JLR |
| | ) ~~(PROPOSED)~~ ORDER |
| | ) ON MOTION FOR EXTENSION |
| Plaintiff, | ) OF NOTING DATE ON , |
| v. | ) DEFENDANTS PARTIAL |
| | ) DISMISSAL MOTION |
| WELLCARE HEALTH PLANS, et al., | ) |
| | ) |
| Defendants. | ) NOTED FOR: June 9, 2017 |
| | ) |
| | ) |

Plaintiff Linda Vopnford's Motion for an Extension of the Noting date on Defendants' Partial Dismissal Motion and Motion to Strike in this matter having come before the court and good cause appearing therefore, this court hereby rules as follows:,

Plaintiff's Motion is hereby GRANTED:

2:16-cv-01835-JLR
(proposed) Order on Plaintiff's Motion for Extension
LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405, Bellingham, WA 98227
Tel: (360) 715-9788
Email: lhildes@earthlink.net
ATTORNEY FOR PLAINTIFF

Law Office of Edward S. Alexander, P.S.
114 West Magnolia, Suite 400
Bellingham, WA 98225
Tel: 360-392-2872
Email: Edward@ESALawOffice.com
ATTORNEY FOR PLAINTIFF

Page 1

The noting Date is reset for _June 30, 2017. Plaintiff's response is due Monday, June 19, 2017. Defendants' reply brief is due Friday, June 30, 2017. The court will not look favorably on subsequent requests for an extension._

It is so ordered:

Dated: _8 June 2017_

_____
JUDGE OF THE U.S. DISTRICT COURT

Submitted By:

LAARENCE A. HILDES,
ATTORNEY FOR PLAINTIFFS

2:16-cv-01835-JLR
(proposed) Order on Plaintiff's Motion for Extension

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405, Bellingham, WA 98227
Tel: (360) 715-9788
Email: lhildes@earthlink.net
ATTORNEY FOR PLAINTIFF

Law Office of Edward S. Alexander, P.S.
114 West Magnolia, Suite 400
Bellingham, WA 98225
Tel: 360-392-2872
Email: Edward@ESALawOffice.com
ATTORNEY FOR PLAINTIFF