The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA VOPNFORD,

Plaintiff,

vs.

WELLCARE HEALTH PLANS, a Florida Corporation, headquartered in Florida with offices in Washington, and parent company of COMPREHENSIVE HEALTH MANAGEMENT, INC., D/B/A WELLCARE, previously known as WINDSOR HEALTH GROUP/WINDSOR HEALTH PLAN, formerly owned by MUNICH Re and also doing business as OLYMPIC HEALTH MANAGEMENT AND STERLING LIFE INSURANCE, formerly owned by AON, doing business as OLYMPIC HEALTH MANAGEMENT, COMPREHENSIVE HEALTH MANAGEMENT, INC., a Florida Corporation,
TOM POTTS, FRANK WEBSTER, LYDIA OPHAUG, RAY MCCOMB, KALEISTA LAGARDE, TOM CAHILL, AND DOES 1-150

Defendants.

NO. 2:16-cv-01835-JLR

~~[PROPOSED]~~ JLR

**Order Granting Defendant WellCare's Motion for Leave to File its Response to Plaintiff's Motion for Entry of Default**

**Note on Motion Calendar: September 8, 2017**

[CLERK'S ACTION REQUIRED]

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

Before this Court is the Motion for Leave to File *Instanter* its Response to Plaintiff's Motion for Entry of Default brought by Defendant WellCare Health Plans, Inc. (*Defendant*). (Mot. (Dkt # 39).) The Court grants Defendant's request and will consider the Response to Plaintiff's Motion for Entry of Default filed as an exhibit to its Motion for Leave to Respond (Mot. (Dkt. # 39) at Exhibit 1). Defendant's Response to Plaintiff's Motion for Entry of Default need not be filed again with the Court.

JLR

Dated this 22nd day of August, 2017.

UNITED STATES DISTRICT JUDGE
~~[or UNITED STATES MAGISTRATE JUDGE]~~

Presented by:

ELLIS, LI & McKINSTRY PLLC

By: *s/ Abigail J. St. Hilaire*

Abigail J. St. Hilaire WSBA No. 48194
Ellis, Li & McKinstry, PLLC
2025 First Avenue PHA
Seattle, WA 98121
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: asthilaire@elmlaw.com
Attorney for Defendants WellCare Health Plans, Inc., Comprehensive Health Management, Inc., Tom Potts, Frank Webster, Lydia Ophaug, Ray Mccomb, and Kaleista Lagarde

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2017, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Lawrence A. Hildes
Law Offices of Lawrence A. Hildes
PO Box 5405
Bellingham, WA 98227
lhildes@earthlink.net

Edward S. Alexander
Law Office of Edward S. Alexander
114 W Magnolia St, Suite 400
Bellingham, WA 98225
edward@esalawoffice.com

ELLIS, LI & McKINSTRY PLLC

By: */s/An K. Nguyen*

An K. Nguyen, Paralegal
Ellis, Li & McKinstry, PLLC
2025 First Avenue PHA
Seattle, WA 98121
Telephone: (206) 682-0565
Fax: (206) 625-1052



Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052