UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDA VOPNFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLCARE HEALTH PLANS, et al.,<br><br>   Defendants. | CASE NO. C16-1835JLR<br><br>ENTRY OF DEFAULT AGAINST DEFENDANT TOM CAHILL |

This matter comes before the Clerk of the Court on Plaintiff's Motion for Entry of Default (Dkt. # 34). Plaintiff's Motion for Entry of Default having been granted in part and denied in part in the court's order of 8/25/17 (Dkt. # 43), and it appearing that Defendant Tom Cahill has failed to plead or otherwise defend in this action, the default of Mr. Cahill is hereby entered.

IT IS SO ORDERED.

DATED August 30, 2017.

            WILLIAM M. McCOOL,
            Clerk of the Court

            By: */s/ Ashleigh Drecktrah*
              Deputy Clerk to the Hon. James L. Robart