**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LINDA VOPNFORD<br><br>　　　　　　Plaintiff,<br>v.<br><br>WELLCARE HEALTH PLANS, a Florida Corporation, headquartered in Florida with offices in Washington, and parent company of COMPRHENSIVE HEALTH MANAGEMENT, INC., D/B/A WELLCARE, previously known as WINDSOR HEALTH GROUP/WINDSOR HEALTH PLAN, et al.,<br><br>　　　　　　Defendants. | NO. 2:16-cv-01835-JLR<br><br>~~(Proposed)~~ ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT CUT-OFF-PURSUNT TO LOCAL RULE 16(a)<br><br>Noted for March 28, 2018 |

Plaintiffs' Unopposed Motion to extend the expert cut-off came on as scheduled,

and good cause appearing,

(Dkt. # 56)

Plaintiffs' Motion is hereby Granted as follows:
∧

| | |
|---|---|
| 16-cv-05499-RJB<br>(proposed Order on Plaintiffs' Unopposed Motion to Extend the Expert disclosure cut-off | Law Office of Lawrence A. Hildes<br>Lawrence A. Hildes, Attorney at Law<br>P.O. Box 5405, Bellingham, WA  98227<br>(360) 715-9788<br>lhildes@earthlink.net |

<u>The expert disclosure and report deadline is extended to April 30, 2018</u>

It is so ordered.

Dated: <u>March 29, 2018</u>

_____
JUDGE OF THE U.S. DISTRICT COURT
JAMES L. ROBART

Submitted by Lawrence A. Hildes,
Of Attorneys for Plaintiffs

| 16-cv-05499-RJB<br>(proposed Order on Plaintiffs' Unopposed Motion to Extend the Expert disclosure cut-off | Law Office of Lawrence A. Hildes<br>Lawrence A. Hildes, Attorney at Law<br>P.O. Box 5405, Bellingham, WA 98227<br>(360) 715-9788<br>lhildes@earthlink.net |
|---|---|

## PROOF OF SERVICE

Lawrence A. Hildes certifies as follows:

I am over the age of 18 years, and not a party to this action. I am a citizen of the United States.

My business address is P.O. Box 5405, Bellingham, WA 98227

On September 13 2017, I served the following documents(s) described as follows

PLAINTIFF JUSTIN ROOSMA'S RESPONSES TO SET ONE OF INTERROGATORIES FROM DEFENDANT PIERCE COUNTY
on the following persons(s) in this action at the following addresses:

Dan Hamilton   dhamilt@co.pierce.wa.us
955 Tacoma Ave S., Ste 301
Tacoma, WA 98402-2160
(253) 798-4265

Craig McIver / Marc Rosenberg
Lee Smart, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990

[X] By electronically mailing to Defense Counsel listed above
[X] (FEDERAL) I declare under penalty of perjury that I am a member of the BAR of this court, and that the above information is true and correct.

Executed on September 13,, 2017, at Bellingham, Washington.


____/S/_____
Lawrence A. Hildes

| | |
|---|---|
| 16-cv-05499-RJB<br>(proposed Order on Plaintiffs' Unopposed Motion to Extend the Expert disclosure cut-off | Law Office of Lawrence A. Hildes<br>Lawrence A. Hildes, Attorney at Law<br>P.O. Box 5405, Bellingham, WA 98227<br>(360) 715-9788<br>lhildes@earthlink.net |