||1||
||2||
||3||
||4||
||5||
||6||

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| LINDA VOPNFORD, | CASE NO. C16-1835JLR |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR PROTECTIVE ORDER |
| v. | |
| WELLCARE HEALTH PLANS, et al., | |
| Defendants. | |

Before the court is the parties' proposed stipulated protective order. (*See* Stip. (Dkt. # 59).) The parties have asked that the court enter this stipulation as an order of the court. (*See id.*) The parties, however, have failed to comply with Local Civil Rule 26(c)(2). *See* Local Rules W.D. Wash. LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website." *Id.* "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id.* Here, the parties appear to

ORDER - 1

have used the model protective order but have failed to provide a redlined version as required under the local rules. Accordingly, the court DENIES the parties' stipulated motion for entry of their agreed protective order (Dkt. # 59) without prejudice to re-filing in a manner that comports with the court's local rules.

Dated this 9th day of April, 2018.

JAMES L. ROBART
United States District Judge