The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA VOPNFORD,<br><br>        Plaintiff,<br><br>v.<br><br>WELLCARE HEALTH PLANS, a Florida Corporation, headquartered in Florida with offices in Washington, and parent company of COMPREHENSIVE HEALTH MANAGEMENT, INC., D/B/A WELLCARE, previously known as WINDSOR HEALTH GROUP/WINDSOR HEALTH PLAN, formerly owned by MUNICH Re and also doing business as OLYMPIC HEALTH MANAGEMENT AND STERLING LIFE INSURANCE, formerly owned by AON, doing business as OLYMPIC HEALTH MANAGEMENT, COMPREHENSIVE HEALTH MANAGEMENT, INC., a Florida Corporation, FRANK WEBSTER, and TOM CAHILL.<br><br>        Defendants. | NO. 2:16-cv-01835-JLR<br><br>**DEFENDANT'S** ORDER GRANTING ~~PLAINTIFF'S~~ MOTION FOR LEAVE TO AMEND ~~COMPLAINT~~ **ANSWER**<br><br>~~[PROPOSED]~~ |

**DEFENDANT'S** ORDER GRANTING ~~PLAINTIFF'S~~ MOTION FOR LEAVE TO AMEND ~~COMPLAINT~~ **ANSWER** ~~[PROPOSED]~~
(Case No. 2:16-cv-01835-JLR)

Page 1

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565   Fax: 206.625.1052

THIS MATTER having come for hearing on Defendant's Motion for Leave to File First Amended Answer and the Court having considered the briefing of the parties and the pleadings and papers on record, including:

1. Defendant's Motion for Leave to File First Amended Answer; (Dkt. #55)
2. <u>Plaintiff's Response to Motion for Leave (DKT 64)</u>
3. _____

ORDERS:

1. Defendant's Motion is GRANTED;
2. _____
3. _____

~~Dated: March 28, 2018.~~

Dated this 12th day of April 2018.

_____
The Honorable James L. Robart

Presented by:

MCGUIRE WOODS LLP

s/ *Peter A. Milianti*
Peter A. Milianti
**McGuireWoods LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel: 312-750-2765
pmilianti@mcguirewoods.com
*Attorney for Comprehensive Health Management, Inc., Wellcare Health Plans, Inc., and Frank Webster*

ORDER GRANTING ~~PLAINTIFF'S~~ DEFENDANTS MOTION FOR LEAVE TO AMEND ~~COMPLAINT~~ ANSWER ~~[PROPOSED]~~
(Case No. 2:16-cv-01835-JLR)

Page 2

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052

1  ELLIS, LI & McKINSTRY PLLC

2  s/ *Abigail J. St. Hilaire*
   Abigail J. St. Hilaire
3  **Ellis, Li & McKinstry PLLC**
   2025 First Avenue, Penthouse A
4  Seattle, WA 98121
   Tel: 206-224-6694
5  asthilaire@elmlaw.com
   *Attorney for Comprehensive Health*
6  *Management, Inc., Wellcare Health*
   *Plans, Inc., and Frank Webster*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING ~~PLAINTIFF'S~~ **DEFENDANT'S** MOTION FOR
LEAVE TO AMEND ~~COMPLAINT~~ **ANSWER** ~~[PROPOSED]~~
(Case No. 2:16-cv-01835-JLR)

Page 3

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565  Fax: 206.625.1052