UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA VOPNFORD,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>WELLCARE HEALTH PLANS, et al.,<br><br>　　　　　　Defendants. | CASE NO. C16-1835JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is Plaintiff Linda Vopnford's motion to compel Defendants Comprehensive Health Management, Inc. and WellCare Health Plans (collectively, "Defendants") to produce responses to various discovery requests. (Mot. (Dkt. # 68).) Ms. Vopnford filed her motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's May 24, 2017, scheduling order. (*See* Sched. Order (Dkt. # 24) at 2 (directing parties to request a conference with the court before moving for an order relating to discovery)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v)

ORDER - 1

(permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). Thus, the court STRIKES Ms. Vopnford's motion to compel discovery (Dkt. # 68) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 30th day of April, 2018.

JAMES L. ROBART
United States District Judge