**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **LINDA VOPNFORD**<br><br>Plaintiff,<br><br>v.<br><br>**WELLCARE HEALTH PLANS,** a Florida Corporation, headquartered in Florida with offices in Washington, and parent company of COMPRHENSIVE HEALTH MANAGEMENT, INC., D/B/A WELLCARE, previously known as WINDSOR HEALTH GROUP/WINDSOR HEALTH PLAN, et al.,<br><br>**Defendants.** | NO. 2:16-cv-01835-JLR<br><br>~~(Proposed)~~ ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE HER MOTION FOR PARTIAL SUMMARY JUDGMENT ONE HOUR LATE<br><br>Noted for June 27, 2018 |

Plaintiff's Motion for Leave to File Her Motion for Partial Summary Judgment One Hour Late came on as scheduled, and good cause appearing,

Plaintiff's Motion is hereby Granted ~~as follows~~:

| | |
|---|---|
| 16-cv-05499-RJB<br>~~(proposed)~~ Order on Plaintiff's Motion for Leave To File Her Motion For Partial Summary Judgment One Hour Late | Law Office of Lawrence A. Hildes<br>Lawrence A. Hildes, Attorney at Law<br>P.O. Box 5405, Bellingham, WA 98227<br>(360) 715-9788<br>lhildes@earthlink.net |

_____

_____

It is so ordered.

Dated: June 27, 2018

_____
JUDGE OF THE U.S. DISTRICT COURT

Submitted by Lawrence A. Hildes,
Of Attorneys for Plaintiffs

| 16-cv-05499-RJB<br>(~~proposed~~) Order on Plaintiff's Motion for Leave To File Her Motion For Partial Summary Judgment One Hour Late | Law Office of Lawrence A. Hildes<br>Lawrence A. Hildes, Attorney at Law<br>P.O. Box 5405, Bellingham, WA 98227<br>(360) 715-9788<br>lhildes@earthlink.net |
|---|---|