UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LINDA VOPNFORD, | CASE NO. C16-1835JLR |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WELLCARE HEALTH PLANS, et al., | |
| Defendants. | |

The court having been notified of the settlement of this matter (Dkt. # 90) and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

//

//

//

ORDER - 1

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 16th day of August, 2018.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge